UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KENNETH W. STONE, | ) | Case No. C07-209-RSL |
| Petitioner, | ) | |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

The Court, after careful consideration of petitioner's motion to vacate, set aside, or correct his 2006 federal court sentence pursuant to 28 U.S.C. § 2255, supporting materials, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion (Dkt. No. 1) is DENIED, and this case DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 20th day of November, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL