1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7    _____
                                            )
KENNETH STONE,                              )
8                                           )    Case No. C07-0209RSL
                            Petitioner,     )
9            v.                             )
                                            )    ORDER DENYING SECOND
10   UNITED STATES OF AMERICA,              )    REQUEST FOR CERTIFICATE OF
                                            )    APPEALABILITY
11                          Respondent.     )
     _____)

12

13          This matter comes before the Court on petitioner's second "Notice of Appeal"

14   filed in the above-captioned case.  The Court considers this notice as a second request for a

15   certificate of appealability under 28 U.S.C. § 2253(c).  Pursuant to the Antiterrorism and

16   Effective Death Penalty Act of 1996, petitioner may not appeal the denial of a habeas corpus

17   petition unless the district court or the Ninth Circuit issues a certificate of appealability

18   identifying the particular issues that may be pursued on appeal.  United States v. Asrar, 116 F.3d

19   1268 (9th Cir. 1997).  In order to obtain such a certificate, the petitioner must make a substantial

20   showing of the denial of a constitutional right.  The Court and the Ninth Circuit have already

21   determined that the dismissal of Mr. Stone's constitutional claims is not debatable among

22   reasonable jurists and that his petition should not proceed further:  the subsequent denial of his

23   motion for reconsideration does not alter this outcome.

24

25

26

ORDER DENYING SECOND REQUEST FOR
CERTIFICATE OF APPEALABILITY

1    Having reviewed the record in this case, the Court finds that this matter should not

2   be the subject of an appeal.  Petitioner's second request for a certificate of appealability is

3   therefore DENIED.

4

5    Dated this 19th day of May, 2008.

6    _Robert S. Lasnik_
     Robert S. Lasnik
7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DENYING SECOND REQUEST FOR
CERTIFICATE OF APPEALABILITY                    -2-